UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action No. 1:18-cv-01063-TSE-IDD |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND/OR REDACTED DOCUMENTS FOR GOOD CAUSE

This Court, having considered the Motion by Plaintiff Juul Labs, Inc. to file sealed versions of (1) Schedule A to the Complaint, which includes a list of eBay account names and email addresses used by Defendants; (2) Exhibit 2 to the Complaint, which contains screenshots of Defendants' Internet Store listings; (3) Exhibit 3 to the Complaint, which also contains screenshots of Defendants' Internet Store payment pages; (4) Plaintiff's memorandum of law in support of its *ex parte* motion for a temporary restraining order including temporary asset restraint and expedited discovery; (5) Plaintiff's memorandum of law in support of motion for order authorizing service of process by email; and (6) the declaration of Daniel S. Block in support of Plaintiff's motion for order authorizing service of process by email and for good cause shown, it is hereby

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that once the temporary restraining order has been served on the relevant parties and the requested actions taken, Plaintiff shall move to unseal these documents.

SO ORDERED THIS 31st day of Aug, 2018.

/s/
~~Liam O'Grady~~
United States Magistrate Judge
~~United States District Judge~~