Date: 1/4/2019                    Judge: Ivan D. Davis
                                  Reporter: FTR

Start: 10:03 a.m.
Finish: 10:04 a.m.

Civil Action Number: 1:18-cv-1063

Juul Labs, Inc.

vs.

The Unincorporated Associations Identified in Schedule A

Appearances of Counsel for (x) Pltf ( ) Deft

Matter is uncontested.

[54] Plaintiff's Motion for Default Judgment  - Taken Under Advisement.

Report and Recommendation to follow.